**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAIYAN LIU,<br><br>              Petitioner,<br><br>   v.<br><br>FERETI SEMAIA, Warden, et al.,<br><br>             Respondents. | Case No. 5:26-cv-01370-WLH-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The Court having found that Respondents have waived their right to file objections, **IT THEREFORE IS ORDERED** that:

1. The Report and Recommendation is accepted and adopted;

2. The Petition is **GRANTED**;

3. Respondents must release Petitioner from custody within 24 hours of the date of entry of this Order under the same conditions that were in place prior to her re-detention;

///

4. Respondents must return all of Petitioner's personal belongings

5. Respondents must file a Notice of Compliance within three calendar days of the date of entry of this Order confirming that Petitioner has been released;

6. Respondents are **ENJOINED** from re-arresting or re-detaining Petitioner, or placing any new restriction on Petitioner's liberty such as electronic monitoring,[1] without notice and a pre-deprivation hearing before a neutral decisionmaker at which the government bears the burden of proving by clear and convincing evidence that detention is appropriate to prevent flight or to protect the public; and

7. Judgment shall be entered upon filing of the Notice of Compliance.

DATED: May 12, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

---

[1] The Court finds it appropriate to amend the Report and Recommendation's recommended relief and place this additional safeguard regarding electronic monitoring to further protect Petitioner's liberty interest.