**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HAIYAN LIU,

                    Petitioner,

        v.

FERETI SEMAIA, Warden, et al.,

                    Respondents.

Case No. 5:26-cv-01370-WLH-MAA

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge filed May 12, 2026 (ECF No. 18) and the Notice of Compliance filed May 22, 2026 (ECF No. 20),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED:  May 28, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE